AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

____8/13/08____  ____x S J Zane____
(Date forms issued)  (Signature of Party or their Representative)

 ____x S J Zane____
 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAYLE LEGENZA | : | CASE NO. |
| 633 Washington Place | : | |
| Wayne, PA 19087 | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BETTY MOSEE | : | |
| 15 Chaddwyck Blvd. Ryan H | : | |
| New Castle, DE 19720 | : | |
| Defendant | : | |

## PLAINTIFF'S COMPLAINT

AND NOW, comes the plaintiff, Gayle Legenza, by and through her attorneys, Timothy M. Rafferty, Esquire and Thomas F. Sacchetta, Esquire, and respectfully represents as follows:

### JURISDICTIONAL STATEMENT

1.  This court has jurisdiction as the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and the defendant is of diverse citizenship. Plaintiff is a citizen of the Commonwealth of Pennsylvania, and defendant is a citizen of the State of Delaware. The subject accident, out of which this claim arises, occurred in the State of Delaware.

### PARTIES

2.  Plaintiff, Gayle Legenza, is an adult individual residing at 633 Washington Place, Wayne, Pennsylvania 19087 and is a citizen of the Commonwealth of Pennsylvania.

3.  Defendant, Betty Mosee, is an adult individual residing at 15 Chaddwyck Blvd. Ryan H, New Caste, Delaware 19720 and is a citizen of the State of Delaware.

1

## VENUE

4.  The facts and occurrences herein stated took place on or about August 15, 2006 on Churchmans Road approximately 65 feet west of the intersection of Stanton Christiana Road and Churchmans Road in Newark, Delaware, thus making the U.S. District Court for the District of Delaware the proper venue.

## FACTS

5.  At the aforesaid time and place, plaintiff, Gayle Legenza was operating a motor vehicle east on Churchmans Road when she slowed for traffic.

6.  At the aforesaid time and place, defendant, Betty Mosee, was operating a motor vehicle east on Churchmans Road behind plaintiff.

7.  At the aforesaid time and place, due to the negligence, recklessness, carelessness and intentional acts of defendant, Betty Mosee, plaintiff's vehicle was struck in the rear by defendant's vehicle, causing plaintiff to sustain severe personal injuries and other damages as more fully set forth herein.

8.  The accident was caused by the negligence and recklessness of defendant and was in no way caused by plaintiff.

## COUNT I - NEGLIGENCE

### Plaintiff, Gayle Legenza v. Defendant, Betty Mosee

9.  Plaintiff hereby incorporates all preceding paragraphs and counts by reference as though fully set forth herein at length.

10. The negligence, recklessness and carelessness of defendant, Betty Mosee, consisted of:

      (a)    Operating the vehicle at an excessive rate of speed under the circumstances;

      (b)    Failing to have the vehicle under proper and adequate control;

      (c)    Failing to apply the brakes in time to avoid a collision;

      (d)    Negligently applying the brakes;

      (e)    Failing to operate the vehicle in accordance with existing traffic conditions and traffic controls;

      (f)    Failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

      (g)    Failing to keep a reasonable look-out for other vehicles lawfully on the road;

      (h)    Operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

      (i)    Failing to have the vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel;

      (j)    Otherwise operating said vehicle in a careless, reckless and negligent manner and in a manner violating the motor vehicle code of the State of Delaware;

      (k)    Operating the vehicle so as to create a dangerous situation for others; and

      (l)    Failing to observe plaintiff's vehicle on the highway.

11.    As a result of the aforesaid accident, plaintiff suffered severe injuries, which include, but are not limited to, C5-6 radiculopathy, neck sprain, cervicalgia, headaches, myalgia and myositis.

12. As a result of her injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

13. As a result of her injuries, plaintiff has suffered a permanent disability and a permanent impairment of her earning power and capacity.

14. As a result of her injuries, plaintiff has suffered a permanent diminution of her ability to enjoy life and life's pleasures.

15. As a result of her injuries, plaintiff has incurred reasonable and necessary medical expenses for which she is seeking reimbursement.

16. As a result of her injuries, plaintiff will in the future incur medical expenses and income loss, and a claim is made therefor.

WHEREFORE, plaintiff, Gayle Legenza, demands judgment against the defendants, jointly and severally, in an amount in excess of Seventy-five Thousand ($75,000.00) Dollars, exclusive of interest and costs.

THOMAS F. SACCHETTA, ESQUIRE
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212
Attorney for plaintiff

TIMOTHY M. RAFFERTY, ESQUIRE
1222 King Street
Wilmington, DE 19801
(302) 651-9201
Attorney for plaintiff

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gayle Legenza

**DEFENDANTS**
Betty Mosee

(b) County of Residence of First Listed Plaintiff: Delaware Cty, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): Thomas F. Sacchetta, Esq., 308 E. 2nd St., Media, PA, (610) 891-9212 & Timothy M. Rafferty, Esq., 1222 King St., Wilmington, DE 19801, (302) 651-9201

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Diversity

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ in excess of $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____