IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAYLE LEGENZA | : | CASE NO. |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BETTY MOSEE | : | |
| Defendant | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice Thomas F. Sacchetta, Esquire to represent plaintiff, Gayle Legenza, in the above captioned matter.

Date:  8/13/08                                         /s/ Timothy M. Rafferty, Esquire
                                                                        Timothy M. Rafferty, Esquire
                                                                        1222 King Street
                                                                        Wilmington, DE 19801
                                                                        (302) 651-9201
                                                                        Attorney ID No. 185
                                                                        Attorney for plaintiff

## ORDER GRANTING MOTION

_____IT IS HEREBY ORDERED that counsel's Motion for Pro Hac Vice is granted.

Date: _____                    _____
                                                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAYLE LEGENZA | : | CASE NO. |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BETTY MOSEE | : | |
| Defendant | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing of the Bar of State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted,

SACCHETTA & BALDINO

By: /s/ Thomas F. Sacchetta, Esquire
THOMAS F. SACCHETTA, ESQUIRE
Sacchetta & Baldino
308 East Second Street
Media, PA 19063
(610) 891-9212
Attorney for plaintiff